*Warrant issued*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

*So ordered*
*Audrey G. Fleissig*
*January 15, 2008*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 4:07CR470 SNL(AGF) |
| FRANK SCHWARTZ, ) | |
| Defendant ) | |

## GOVERNMENT'S REQUEST FOR ISSUANCE OF BENCH WARRANT

Comes now the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Thomas C. Albus, Assistant United States Attorney for said District, and hereby requests the Honorable Audrey G. Fleissig to issue a bench warrant charging the defendant with Failure to Appear for his hearing on pretrial motions or the waiver thereof, as required by his conditions of release, on January 15, 2008, in violation of Title 18, United States Code, Section 3146(a)(1).

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

Thomas C. Albus, #96250
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

Copy of the foregoing was mailed this 15th day of January, 2008, to:

Frank Schwartz, pro se
11728 Dorothy, Apt. 303
Los Angeles, CA 90049

_____
ASSISTANT UNITED STATES ATTORNEY